**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WYNDHAM VACATION
OWNERSHIP, INC. and WYNDHAM
VACATION RESORTS, INC.,

      Plaintiffs,

v.                                                        Case No:   6:22-cv-1609-GAP-DCI

ROBERT KASPRZYK and PAULA
KASPRZYK,

      Defendants

---

**ORDER**

This cause comes before the Court on Plaintiffs' Motion to Enforce Confidential Settlement Agreement (Doc. No. 19) filed January 23, 2023.

On March 28, 2023, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Enforce Confidential Settlement Agreement is

   **DENIED**.



**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2023.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party